JUSTIN LLOYD

v.

DANIEL BAILEY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SHERIFF OF MECKLENBURG COUNTY, AND OHIO CASUALTY INSURANCE COMPANY

No. 181PA15

Filed 29 January 2016

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 772 S.E.2d 874 (2015), reversing and remanding an order entered on 21 May 2014 by Judge Calvin Murphy in Superior Court, Mecklenburg County. Heard in the Supreme Court on 7 December 2015.

*Kennedy, Kennedy, Kennedy and Kennedy, LLP, by Harold L. Kennedy, III and Harvey L. Kennedy, for plaintiff-appellant.*

*Womble, Carlyle, Sandridge and Rice, LLP, by Sean F. Perrin, for defendant-appellees.*

PER CURIAM.

For the reasons stated in *Young v. Bailey*, ___ N.C. ___, ___ S.E.2d ___ (2016) (355PA14-2), the decision of the Court of Appeals is affirmed.

AFFIRMED.